JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD PAYNE, | Case No. CV 15-2815-PA (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed without leave to amend.

Dated: November 19, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE